UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARIO WIGGINS, | No. 2: 16-cv-1669 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| CLARK DUCART, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 5, 2017, the court granted respondent's motion to dismiss and declined to issue a certificate of appealability. (ECF No. 24.) On May 5, 2017, judgment was entered. (ECF No. 25.)

On July 10, 2017, petitioner himself filed a motion for a certificate of appealabilty. (ECF No. 26.) Because petitioner is represented by counsel, he may only communicate with the court through his counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for a certificate of appealability (ECF No. 26) is disregarded;

////

////

////

1

2. The Clerk of the Court is directed to serve this order on petitioner's counsel and petitioner, Demario Wiggins, CDCR No. AG1647, California Men's Colony, P.O. Box 8101, San Luis Obispo, CA, 93409-8101.

Dated: July 26, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Wig1669.ord